1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   BRENT A. WHITTLESEY
4  Assistant United States Attorney
   Financial Litigation Unit
5  brent.whittlesey@usdoj.gov
   California Bar No. 73493
6       Room 7516-AA Federal Building
        300 North Los Angeles Street
7       Los Angeles, CA  90012
        Telephone: (213) 894-2445
8       Fax No.:   (213) 894-5900

9  Attorneys for Plaintiff
   United States of America
10

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC - 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

11                UNITED STATES DISTRICT COURT

12                CENTRAL DISTRICT OF CALIFORNIA

13

14 UNITED STATES OF AMERICA        )  No.  CR 98-425-CBM
                                   )       CV
15            Plaintiff,           )       CV08-08019 CBM (AGRx)
                                   )
16       v.                        )
                                   )  [PROPOSED] ORDER FOR
17 JOHN KIM,                       )  APPEARANCE OF JUDGMENT DEBTOR
                                   )
18                                 )
              Defendant            )
19 _____)

20
        Upon reading the Application by the United States and a
21
   Declaration of Brent A. Whittlesey, and it appearing that this is
22
   a proper case for the appearance of John Kim, judgment debtor
23
   herein ("Judgment Debtor");
24
        IT IS ORDERED that John Kim, shall appear personally before
25
   Hon. _Alicia G. Rosenberg_, United States Magistrate Judge in
26
   Courtroom _8D_, located at UNITED STATES COURTHOUSE,
27
   _312 N. Spring Street_, LOS ANGELES, CALIFORNIA 90012; on
28

                                1

1  *February 3,* 2009, at *10:00 a.*m., to furnish
2  information to aid in enforcement of a money judgment.
3  ~~The Judgment Debtor John Kim is also ordered to bring with~~
4  ~~him the documents or objects on the attached list~~.
5
6  DATED: *December 8, 2008*.
7                                   *Alicia G. Rosenberg*
8                                   UNITED STATES MAGISTRATE JUDGE
9
10 NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE TIME AND
11 PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO <u>ARREST</u> AND
12 PUNISHMENT FOR CONTEMPT OF COURT, AND THE COURT MAY MAKE AN ORDER
13 REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY
14 THE JUDGMENT CREDITOR IN THIS PROCEEDING.  CAL. CODE CIV.
15 PROC. 708.110(e).
16
17
18 Presented by:
19
20 THOMAS P. O'BRIEN
   United States Attorney
21
22
   LEON W. WEIDMAN
23 Assistant United States Attorney
   Chief, Civil Division
24
25 _____
   BRENT A. WHITTLESEY
26 Assistant United States Attorney
   Financial Litigation Unit
27
28